AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |
|---|---|
| SAMUEL RIVERA, JR. <br> *Plaintiff* <br> v. <br> DAVID GEORGE GARDNER, JR., et al., <br> *Defendant* | ) <br> ) <br> ) Case No.  1:17-CV-7935 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff SAMUEL RIVERA, JR.

Date:   10/16/2017

*Attorney's signature*

ELIZABETH M. PENDZICK (EP4476)
*Printed name and bar number*

440 Mamaroneck Avenue, Suite 408
Harrison, New York 10528

*Address*

ependzick@hptriallaw.com
*E-mail address*

(914) 946-3344
*Telephone number*

(914) 946-9733
*FAX number*