

January 17, 2018

**Via CM/ECF Only**
United States District Court
Southern District of New York
Attn: Hon. George B. Daniels
500 Pearl Street, Room 1310
New York, New York 10007

           Re:   *Rivera v. Gardner*
                  Civil Action No.: 17-cv-07935

Dear Judge Daniels:

      As the Court is aware, we represent the plaintiff in the above-referenced matter.

      As discussed at the Initial Pretrial Conference held before Your Honor today, we request that this case be transferred to White Plains. When this action was initially commenced, "EAN Holdings, LLC" was named as a party defendant. However, after conferring with its counsel, it was stipulated that the action was be discontinued as against "EAN Holdings, LLC." Now, therefore, half of the parties to this action reside in the Northern Counties of this District. As such, for the convenience of the parties and their counsel, we request that the matter be transferred to White Plains for assignment to a District Justice and Magistrate Judge sitting thereat.

      Defendant's counsel, Eric S. Strober, Esq. has reviewed this letter prior to submission and joins in requesting this relief.

      Please do not hesitate to contact us with any questions or concerns that Your Honor may have. We thank the Court very much for its time and assistance.

                            Very truly yours,

                            ***HAUSMAN & PENDZICK***

                          By: _____
                                ALAN R. GRAY, JR.

JAY S. HAUSMAN & ASSOCIATES, P.C. * ATTORNEYS AT LAW

440 Mamaroneck Avenue * Suite 408 * Harrison * New York 10528
T: (914) 946-3344 * F: (914) 946-9733 * Email:info@hptriallaw.com

**January 17, 2018**

**Re:** *Rivera v. Gardner*
    **Civil Action No.: 17-cv-07935**

**Page 2 of 2**


Cc:     **Via CM/ECF Only**
        RIVKIN RADLER LLP
        Attn: Eric S. Strober, Esq.
        926 RXR Plaza, 10th Floor
        Uniondale, New York 11556