**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SAMUEL RIVERA, JR.,

                          Plaintiff,        **SCHEDULING ORDER**

      -against-                              17 Civ. 7935 (JCM)

DAVID GEORGE GARDNER, JR., and EAN
HOLDINGS, LLC,

                          Defendants.
------------------------------------------------------------x

TO ALL PARTIES:

The Court has scheduled a Status Conference for March 26, 2018 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: February 15, 2018
       White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge