

RIVKIN RADLER LLP
ATTORNEYS AT LAW

**ERIC S. STROBER**
PARTNER
(516) 357-3434
eric.strober@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

March 8, 2018

**VIA ECF**

Honorable Magistrate Justice Judith McCarthy
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY  10601

      Re:    Rivera v. Gardner
              Index No. 17-CV 07935
              <u>RR File No. 1-3</u>

Dear Honorable Justice McCarthy:

      I represent the defendant in the above-referenced action.  I am writing on behalf of both parties with the consent of plaintiff's counsel.  This matter is currently scheduled for a conference before Your Honor on **March 26, 2018**.  After discussing this matter with your Chambers we jointly request and move via this correspondence that the conference be advanced to **March 15, 2018** for a telephone conference at **11:30 a.m.**  We would like to discuss the status of discovery and the plaintiff's current medical treatment course and how it affects how we can proceed with the case.  Further, I am scheduled for jury selection on a trial in Bronx County on March 26, 2018 at 9:30 a.m. which makes my appearance before Your Honor difficult.

      Thank you for your cooperation and attention to this matter.  We look forward to the Court's assistance in this regard.

              Very truly yours,

              RIVKIN RADLER, LLP

              Eric S. Strober

ESS:vdf
3937679 v1

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000  F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460  F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777